UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE STARBUCKS CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to: All Actions | Lead Case No. 2:24-cv-01720-JHC<br>(Consolidated with Case No. 2:24-cv-01979)<br><br>STIPULATION TO STAY CONSOLIDATED DERIVATIVE CASE AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>March 5, 2025 |

**STIPULATION TO STAY CONSOLIDATED DERIVATIVE CASE**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)") and Local Civil Rule 42, Plaintiffs Katherine King and Portia McCollum ("Plaintiffs"), Defendants Laxman Narasimhan, Rachel Ruggeri, Richard E. Allison, Jr., Andrew Campion, Beth Ford, Mellody Hobson, Jorgen Vig Knudstorp, Neal Mohan, Satya Nadella, Daniel Servitje, Mike Sievert and Wei Zhang (the "Individual Defendants"), and Nominal Defendant Starbucks Corporation ("Starbucks" and together with the Individual Defendants, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation to stay the above-captioned consolidated shareholder derivative action:

WHEREAS, on October 21, 2024, and December 2, 2024, Plaintiffs King and McCollum filed, respectively, shareholder derivative actions purportedly on behalf of Nominal Defendant

Starbucks against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty;

WHEREAS, on January 3, 2025, the Court consolidated the two derivative actions into *In re Starbucks Corporation Stockholder Derivative Litigation* ("Consolidated Derivative Action"), Dkt. No. 14;

WHEREAS, a related securities fraud class action is also pending in this Court captioned *Garbaccio v. Starbucks Corp., et al.*, No. 2:24-cv-01362-JHC, which purports to allege violations of federal securities laws against Starbucks and certain of the Individual Defendants (the "Securities Class Action");

WHEREAS pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court appointed a lead plaintiff in the Securities Class Action on November 19, 2024 (Securities Class Action, Dkt. No. 22), and on December 3, 2024, the Court entered a schedule whereby an amended complaint will be filed in the Securities Class Action by February 3, 2025, and defendants will file a motion to dismiss or otherwise respond to the amended complaint by April 4, 2025 (Securities Class Action, Dkt. No. 27);

WHEREAS, the Parties to this action agree that the resolution of the anticipated motion(s) to dismiss in the Securities Class Action may help inform the Parties and Court on the manner in which the Consolidated Derivative Action should proceed;

WHEREAS, in the interest of judicial economy, conservation of resources, and the efficient resolution of both actions, the Parties agree that the Consolidated Derivative Action should be temporarily stayed in its entirety through the final resolution of any and all motion(s) to dismiss the Securities Class Action, including any appeals;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

1. The Consolidated Derivative Action is stayed in its entirety through the final resolution of any and all motion(s) to dismiss the Securities Class Action, including

any appeals, and Defendants have no obligation to answer or otherwise respond to the complaints in the Consolidated Derivative Action at this time.

2. The Parties have the option to terminate this stay by giving thirty days' notice in writing via email to the undersigned counsel for the Parties if: (a) any derivative action with the same or substantially similar factual allegations is not stayed for the same or longer duration and under similar terms; or (b) a stipulation of settlement of the Securities Class Action is filed with the Court.

3. Any of the Parties, with ten (10) business days' notice to all other Parties via their undersigned counsel, may seek to lift the stay in the Consolidated Derivative Action. In the event that any Defendants oppose such a request to lift the stay, they may not do so on the grounds that the Consolidated Derivative Action should be stayed in order for a similar derivative action to proceed before the Consolidated Derivative Action. Upon such notice, the Parties will work together in good faith to jointly propose a briefing schedule for a motion to lift the stay, a motion to transfer the action, a motion to dismiss, and/or any other appropriate motion.

4. In the event this stipulated stay of proceedings is lifted, the Parties shall meet and confer, and within fourteen (14) days after the stay is lifted, shall submit a proposed schedule for the Consolidated Derivative Action to the Court for approval.

5. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants preserve all rights, objections, arguments, and defenses, including but not limited to any defenses under Federal Rules of Civil Procedure 12(b) and 23.1, as well as any and all other procedural or substantive challenges to the Consolidated Derivative Action or any other complaint.

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 | Dated: March 5, 2025 | By: | */s/ Duncan C. Turner* |

**BADGLEY MULLINS TURNER PLLC**
Duncan C. Turner, WSBA No. 20597
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
Tel: (206) 621-6566
Email: dturner@badgleymullins.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (pro hac vice forthcoming)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Katherine King and Co-Lead Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall (pro hac vice forthcoming)
Samir Aougab (pro hac vice forthcoming)
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel: (516) 683-3516
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar (pro hac vice forthcoming)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
Email: jgrabar@grabarlaw.com

*Attorneys for Plaintiff Portia McCollum and Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| Dated: March 5, 2025 | By: | */s/ Pallavi Mehta Wahi* |

**K&L GATES LLP**
Pallavi Mehta Wahi, WSBA # 32799
Tyler K. Lichter, WSBA # 51090
Ruby A. Nagamine, WSBA # 55620
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: Pallavi.Wahi@klgates.com
   Tyler.Lichter@klgates.com
   Ruby.Nagamine@klgates.com

**LATHAM & WATKINS LLP**
Whitney B. Weber (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: +1.415.391.0600
Fax: +1.415.395.8095
whitney.weber@lw.com

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.3309
Fax: +1.202.637.2201
andrew.clubok@lw.com
susan.engel@lw.com

Michele D. Johnson (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290
michele.johnson@lw.com

Daniel R. Gherardi (*pro hac vice*)
140 Scott Drive
Menlo Park, CA 94025
Tel: +1.650.328.4600
Fax: +1.650.463.2600
daniel.gherardi@lw.com

*Attorneys for Defendants*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated this 5th day of March, 2025

*John H. Chun*
John H. Chun
United States District Judge