**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE STARBUCKS CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to: All Actions | Lead Case No. 2:24-cv-01720-JHC<br><br>(Consolidated with Case No. 2:24-cv-01979)<br><br>**STIPULATION AND ORDER STAYING THE MATTER PENDING THE OUTCOME OF ASHLEY ROSS AND ROSA MARQUEZ'S MOTION TO: (1) VACATE LEADERSHIP ORDER, ECF NO. 14; AND (2) ENTER SCHEDULING ORDER FOR LEADERSHIP BRIEFING** |

Plaintiffs Katherine King and Portia McCollum ("Plaintiffs"), Defendants Laxman Narasimhan, Rachel Ruggeri, Richard E. Allison, Jr., Andrew Campion, Beth Ford, Mellody Hobson, Jorgen Vig Knudstorp, Neal Mohan, Satya Nadella, Daniel Servitje, Mike Sievert and Wei Zhang (the "Individual Defendants"), and Nominal Defendant Starbucks Corporation ("Starbucks" and together with the Individual Defendants, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation to set a schedule for further proceedings:

WHEREAS, on October 21, 2024, Plaintiff Katherine King filed a shareholder derivative action in this Court on behalf of Nominal Defendant Starbucks against the Individual Defendants

STIPULATION AND ORDER STAYING THE
MATTER - 1

alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty (the "*King* Action");

WHEREAS, on December 2, 2024, Portia McCollum filed a shareholder derivative action in this Court on behalf of Nominal Defendant Starbucks against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty based upon the same facts and circumstances as those underlying the *King* Action (the "*McCollum* Action");

WHEREAS, on January 3, 2025, the Court entered an order consolidating the *King* Action and the *McCollum* Action (now, the "Consolidated Action") and appointed The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as Co-Lead Counsel for Plaintiffs in the Consolidated Action (the "Consolidation and Leadership Order") (Dkt. No. 14);

WHEREAS, on March 5, 2025, the Court entered an order staying the Consolidated Action (the "Stay" or "Stay Order") through the final resolution of any and all motion(s) to dismiss the related securities class action captioned *Garbaccio v. Starbucks Corp., et al.*, No. 2:24-cv-01362-JHC (the "Securities Class Action") (Dkt. No. 14);

WHEREAS, on December 23, 2025, following the Court's denial in part of the defendants' motion to dismiss in the Securities Class Action, the Stay of the Consolidated Action ended when the plaintiffs in Securities Class Action declined to file an amended complaint;

WHEREAS, on January 16, 2026, plaintiffs in other later-filed derivative actions moved to vacate the Consolidation and Leadership Order (the "Motion to Vacate") (Dkt. No. 23);

WHEREAS, Plaintiffs oppose the Motion to Vacate;

WHEREAS, in light of the end of the Stay and pending Motion to Vacate, Plaintiffs and Defendants (the "Parties") have conferred regarding a schedule for further proceedings;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

STIPULATION AND ORDER STAYING THE
MATTER - 2

1.    All deadlines in the Consolidated Action, including any deadline for Defendants to respond to any complaint, are hereby stayed pending the Court's adjudication of the Motion to Vacate.

2.    Within fourteen (14) days of an Order denying the Motion to Vacate, the Parties shall meet and confer and submit a proposed schedule to the Court for further proceedings.

3.    If the Motion to Vacate is granted, Defendants shall meet and confer with the Court-appointed lead plaintiff(s) at the appropriate time and submit a proposed schedule within fourteen (14) days of the Court's appointment of lead plaintiff(s).

**IT IS SO STIPULATED.**

Dated: January 30, 2026.                            Respectfully submitted,

By:    */s/ Duncan C. Turner           .*
**BADGLEY MULLINS TURNER PLLC**
Duncan C. Turner, WSBA No. 20597
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
Tel: (206) 621-6566
Email: dturner@badgleymullins.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (*pro hac vice* forthcoming)
Saadia Hashmi
Sarah Maneval
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiff Katherine King and
Proposed Co-Lead Counsel for Plaintiffs*

STIPULATION AND ORDER STAYING THE
MATTER - 3

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
Leah Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar (*pro hac vice* forthcoming) One
Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
Email: jgrabar@grabarlaw.com

*Attorneys for Plaintiff Portia McCollum and*
*Proposed Co-Lead Counsel for Plaintiff*

By:    <u>*/s/ Kari L. Vander Stoep*</u>
**K&L GATES LLP**
Kari L. Vander Stoep, WSBA # 35923
Tyler K. Lichter, WSBA # 51090
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: Kari.Vanderstoep@klgates.com
           Tyler.Lichter@klgates.com

*Attorneys for Defendants*

**LATHAM & WATKINS LLP**
WHITNEY B. WEBER (*pro hac vice*
forthcoming)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  415/391-0600
415/395-8095 (fax)
whitney.weber@lw.com

STIPULATION AND ORDER STAYING THE
MATTER - 4

ANDREW B. CLUBOK (*pro hac vice* forthcoming)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone:  202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com

MICHELE D. JOHNSON (*pro hac vice* forthcoming)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone:  714/540-1235
755/540-8290 (fax)
michele.johnson@lw.com

*Attorneys for Defendants*

## ECF ATTESTATION

Pursuant to Local Civil Rule 5, I attest that the concurrence in the filing of this document has been obtained from all other signatories and the document has been served via ECF on all parties.

Dated: <u>January 30, 2026</u>                    */s/ Duncan C. Turner*
                                                          DUNCAN C. TURNER

*         *         *

STIPULATION AND ORDER STAYING THE
MATTER - 5

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated January 30, 2026

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER STAYING THE
MATTER - 6