**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE STARBUCKS CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Relates To:<br>ALL ACTIONS. | Lead Case No. 2:24-cv-01720-JHC<br><br>(Consolidated with Case No. 2:24-cv-01979)<br><br>**STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTION** |
| REBECCA LEIGH HAYASHI, Derivatively on Behalf of Nominal Defendant STARBUCKS CORPORATION,<br><br>       Plaintiff,<br>v.<br><br>LAXMAN NARASIMHAN, RICHARD E. ALLISON, JR., ANDREW CAMPION, BETH FORD, MELLODY HOBSON, JORGEN VIG KNUDSTORP, NEAL MOHAN, DANIEL SERVITJE, MIKE SIEVERT, WEI ZHANG, SATYA NADELLA, and RACHEL RUGGERI,<br><br>       Defendants,<br><br>and<br><br>STARBUCKS CORPORATION,<br><br>       Nominal Defendant. | Case No. 2:26-cv-00240-JHC |

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), Local Civil Rule 42, and the Consolidation Order (defined below), Plaintiffs Katherine King, Portia McCollum, and Rebecca Leigh Hayashi ("Plaintiffs"), Defendants Laxman Narasimhan, Rachel Ruggeri, Richard E. Allison, Jr., Andrew Campion, Beth Ford, Mellody Hobson, Jorgen Vig Knudstorp, Neal Mohan, Satya Nadella, Daniel Servitje, Mike Sievert and Wei Zhang (the "Individual Defendants"), and Nominal Defendant Starbucks Corporation ("Starbucks" and together with the Individual Defendants, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation to consolidate the above captioned related shareholder derivative actions:

WHEREAS, on October 21, 2024, Plaintiff Katherine King filed a shareholder derivative action in this Court on behalf of Nominal Defendant Starbucks against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty (the "*King* Action");

WHEREAS, on December 2, 2024, Portia McCollum filed a shareholder derivative action in this Court on behalf of Nominal Defendant Starbucks against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty based upon the same facts and circumstances as those underlying the *King* Action (the "*McCollum* Action");

WHEREAS, on January 3, 2025, the Court entered an order consolidating the *King* Action and the *McCollum* Action (now, the "Consolidated Action") and appointed The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as Co-Lead Counsel for Plaintiffs in the Consolidated Action (the "Consolidation Order") (Dkt. No. 14);

WHEREAS, on January 22, 2026, Plaintiff Rebecca Leigh Hayashi, after completing a books and records inspection under RCW 23B.16.020, filed a shareholder derivative action in this

Court on behalf of Nominal Defendant Starbucks against the Individual Defendants alleging, inter alia, violations of federal securities laws and breaches of fiduciary duty based upon the same facts and circumstances as those underlying the Consolidated Action (the *Hayashi* Action and together with the Consolidated Action, the "Related Derivative Actions");

WHEREAS, counsel for Plaintiffs and Defendants (the "Parties") have conferred regarding the Related Derivative Actions and the appropriate next steps;

WHEREAS, Rule 42(a) provides that when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, Consolidation Order ¶8 provides that [t]his Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or events as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court";

WHEREAS, the Related Derivative Actions challenge substantially similar alleged conduct by the same Company directors and executive officers, involve substantially similar questions of law and fact, and are based on similar factual allegations;

WHEREAS, the Parties, therefore, respectfully submit that consolidation of the Related Derivative Actions is appropriate, and that they should be consolidated for all purposes, including pre-trial proceedings and any trial, to avoid potentially duplicative actions, and to prevent any waste of the Court's and the Parties' resources;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

1. The terms of the Consolidation Order and the Order Staying the Matter shall continue to be in effect. *See In re Starbucks Corp. Stockholder Deriv. Litig.*, Consol. Case No. 2:24-cv-01979, Dkt. Nos. 14, 29.

2. The Related Derivative Actions are hereby consolidated such that the *Hayashi* Action is consolidated into the Consolidated Action per the Consolidation Order for all purposes, including pre-trial proceedings and trial, under consolidated case no. 2:24-cv-01720-JHC (the "Consolidated Derivative Action").

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE STARBUCKS CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | ) Lead Case No. 2:24-cv-01720-JHC |
| | ) |
| | ) (Consolidated with Case No. 2:24-cv-01979 and 2:26-cv-00240) |
| This Document Relates To: | ) |
| ALL ACTIONS. | ) |

4. All papers filed in connection with the Consolidated Derivative Action shall be maintained in one file under Master File No. 2:24-cv-01720-JHC.

5. This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

Dated: May 1, 2026                                    Respectfully submitted,

By:    /s/*Duncan C. Turner*
        **BADGLEY MULLINS TURNER PLLC**
        Duncan C. Turner, WSBA No. 20597
        19910 50th Avenue W., Suite 103
        Lynnwood, WA 98036
        Tel: (206) 621-6566
        Email: dturner@badgleymullins.com

        **THE BROWN LAW FIRM, P.C.**
        Timothy Brown (*pro hac vice* forthcoming)
        767 Third Avenue, Suite 2501
        New York, NY 10017
        Telephone: (516) 922-5427
        Facsimile: (516) 344-6204
        Email: tbrown@thebrownlawfirm.net

        *Attorneys for Plaintiff Katherine King and Co-Lead Counsel for Plaintiffs*

        **RIGRODSKY LAW, P.A.**
        Seth D. Rigrodsky (*pro hac vice* forthcoming)
        Vincent A. Licata  (*pro hac vice* forthcoming)
        Leah Wihtelin (*pro hac vice* forthcoming)
        225 Broadway, Suite 3707
        New York, NY 10007
        Telephone: (212) 201-7690
        Email: sdr@rl-legal.com

        **GRABAR LAW OFFICE**
        Joshua H. Grabar (*pro hac vice* forthcoming)
        One Liberty Place
        1650 Market Street, Suite 3600
        Philadelphia, PA 19103
        Telephone: 267-507-6085
        Email: jgrabar@grabarlaw.com

        *Attorneys for Plaintiff Portia McCollum and Co-Lead Counsel for Plaintiff*

        **TOMLINSON BOMSZTYK RUSS**

By:    /s/*David Vaz*
        David Vaz
        1000 Second Avenue, Suite 3660
        Seattle, Washington 98104
        Telephone: 206.621.1871

STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER ACTION
-5-

dv@tbr-law.com

**KUEHN LAW, PLLC**
Justin A. Kuehn (*pro hac vice*)
53 Hill Street, Suite 605
Southampton, NY 11968
Phone: (833) 672-0814
justin@kuehn.law

*Attorneys for Plaintiff Hayashi*

By:    /s/Tyler K. Lichter
**K&L GATES LLP**
Kari L. Vander Stoep, WSBA # 35923
Tyler K. Lichter, WSBA # 51090
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Kari.Vanderstoep@klgates.com
Tyler.Lichter@klgates.com

*Attorneys for Defendants*

**LATHAM & WATKINS LLP**
WHITNEY B. WEBER (*pro hac vice*
forthcoming)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  415/391-0600
415/395-8095 (fax)
whitney.weber@lw.com

ANDREW B. CLUBOK (*pro hac vice*
forthcoming)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone:  202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com

MICHELE D. JOHNSON (*pro hac vice*
forthcoming)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone:  714/540-1235

755/540-8290 (fax)
michele.johnson@lw.com

*Attorneys for Defendants*

## ECF ATTESTATION

Pursuant to Local Civil Rule 5, I attest that the concurrence in the filing of this document has been obtained from all other signatories and the document has been served via ECF on all parties.

Dated: May 1, 2026                          /s/ Justin Kuehn
                                                            **Justin Kuehn**

\*        \*        \*

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: May 4, 2026

                                                            John H. Chun
                                                 United States District Judge

STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER ACTION
-7-