UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE STARBUCKS CORPORATION DERIVATIVE LITIGATION | ) ) ) Lead Case No. 2:24-cv-01720-JHC |
| This Document Relates To: | ) ) (Consolidated with Case Nos. 2:24-cv-01979, ) 2:26-cv-00240, 2:25-cv-02584, 2:26-cv- ) 01510) |
| ALL ACTIONS. | ) ) **STIPULATION AND ORDER** ) **MODIFYING THE BRIEFING** ) **SCHEDULE ON THE COMPETING** ) **MOTIONS TO APPOINT LEAD** ) **COUNSEL** ) ) NOTE ON MOTION CALENDAR: ) JULY 2, 2026 ) |

JOINT STIPULATION & ORDER RE EXTENSION OF BRIEFING SCHEDULE
- - 1 - -

IT IS HEREBY STIPULATED by and between the parties, by and through their respective undersigned counsel, subject to the approval of the Court, with reference to the following facts:

WHEREAS, six shareholder derivative actions now consolidated into the above-captioned action (the "Consolidated Action") were filed on behalf of Starbucks Corporation ("Starbucks") against Jørgen Vig Knudstorp, Richard E. Allison, Andrew Campion, Beth Ford, Wei Zhang, Neal Mohan, Daniel Javier Servitje Montull, Mike Sievert, Laxman Narasimhan, Rachel Ruggeri, Mellody Hobson, and Satya Nadella (the "Individual Defendants"), alleging violations of the federal securities laws and breaches of fiduciary duty;

WHEREAS, on June 26, 2026, two competing groups of plaintiffs filed motions to appoint lead counsel in the Consolidated Action, each noted on the Court's motion calendar for July 17, 2026;

WHEREAS, due to the professional and travel commitments of counsel, the Parties require additional time to respond to, and reply in support of, the Leadership Motions; and

WHEREAS, no party will be prejudiced by the requested extension.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Parties, through their respective counsel of record, and subject to the approval of the Court, as follows:

1.     The deadline for the Parties to file responses or oppositions to the Leadership Motions is extended to and including July 24, 2026.

2.     The deadline for the Parties to file replies in support of their respective Leadership Motions is extended to and including August 17, 2026.

3.     This stipulation is submitted in good faith and not for purposes of delay.

JOINT STIPULATION & ORDER RE EXTENSION OF BRIEFING SCHEDULE
- - 2 - -

Dated: July 2, 2026                              Respectfully Submitted,

| | |
|---|---|
| **TOMLINSON BOMSZTYK RUSS**<br>By: *s/David Vaz (by email permission)*<br>David Vaz<br>1000 Second Avenue, Suite 3660<br>Seattle, WA 98104<br>Telephone: (206) 621-1871<br>dv@tbr-law.com<br>*Attorneys for Plaintiff Hayashi* | **CORR CRONIN LLP**<br>By: *s/ Colin M. George*<br>Colin M. George, WSBA No. 45131<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>Telephone: (206) 501-3544<br>cgeorge@corrcronin.com<br>*Counsel for Plaintiffs Marquez and Ross*<br>*and [Proposed] Liaison Counsel* |
| **KUEHN LAW, PLLC**<br>Justin A. Kuehn (pro hac vice)<br>53 Hill Street, Suite 605<br>Southampton, NY 11968<br>Telephone: (833) 672-0814<br>justin@kuehn.law | **GLANCY PRONGAY**<br>  **WOLKE & ROTTER LLP**<br>Benjamin I. Sachs-Michaels<br>745 Fifth Avenue, Fifth Floor<br>New York, NY 10151<br>Telephone: (212) 935-7400<br>bsachsmichaels@glancylaw.com |
| **BADGLEY MULLINS TURNER PLLC**<br>Duncan C. Turner, WSBA No. 20597<br>19910 50th Avenue W., Suite 103<br>Lynnwood, WA 98036<br>Telephone: (206) 621-6566<br>dturner@badgleymullins.com<br>*Attorneys for Plaintiffs King and McCollum* |   -and-<br>Robert V. Prongay<br>Pavithra Rajesh<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>*Counsel for Plaintiff Marquez and*<br>*[Proposed] Co-Lead Counsel* |
| **THE BROWN LAW FIRM, P.C.**<br>Timothy Brown<br>Saadia Hashmi<br>Sarah Maneval<br>1350 Avenue of the Americas, Suite 1200<br>New York, NY 10019<br>Telephone: (516) 922-5427<br>tbrown@thebrownlawfirm.net<br>*Attorneys for Plaintiff King* | **ROBBINS LLP**<br>Shane P. Sanders<br>Brian J. Robbins<br>Craig W. Smith<br>5060 Shoreham Place, Suite 300<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>ssanders@robbinsllp.com<br>*Counsel for Plaintiffs Thompson and Johnson*<br>*and [Proposed] Co-Lead Counsel* |
| **RIGRODSKY LAW, P.A.**<br>Seth D. Rigrodsky<br>Vincent A. Licata<br>225 Broadway, Suite 3707<br>New York, NY 10007<br>Telephone: (516) 683-3516<br>sdr@rl-legal.com | **TOWNSEND LEGAL, PLLC**<br>Roger M. Townsend<br>380 Winslow Way, Suite 200<br>Bainbridge Island, WA 98110<br>Telephone: (206) 761-2480 |

JOINT STIPULATION & ORDER RE EXTENSION OF BRIEFING
SCHEDULE
- - 3 - -

| *Attorneys for Plaintiff McCollum* | roger@townsendlegal.com<br>*Liaison Counsel for Plaintiffs Thompson and Johnson*<br><br>**THE ROSEN LAW FIRM, P.A.**<br>Phillip Kim (pro hac vice)<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>philkim@rosenlegal.com<br>*Counsel for Plaintiff Ross* |

JOINT STIPULATION & ORDER RE EXTENSION OF BRIEFING SCHEDULE

- - 4 - -

## ORDER

THIS MATTER coming before this Court on the above stipulation between the parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the currently existing deadlines for briefing on the Leadership Motions are modified as follows:

1.    The deadline for the Parties to file responses or oppositions to the Leadership Motions is extended to and including July 24, 2026.

2.    The deadline for the Parties to file replies in support of their respective Leadership Motions is extended to and including August 17, 2026.

IT IS SO ORDERED.

Dated this 2nd day of July, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION & ORDER RE EXTENSION OF BRIEFING
SCHEDULE
- - 5 - -