UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE STARBUCKS CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 2:24-cv-01720-JHC<br><br>(Consolidated with Case Nos. 2:24-cv-01979, 2:26-cv-00240, 2:25-cv-02584, 2:26-cv-01510)<br><br>**ORDER RE: MOTIONS TO APPOINT COUNSEL** |

Before for Court are Plaintiffs Rosa Marquez's, Aleta Thompson's, and Brian Johnson's Motion to Appoint Counsel (Dkt. # 54) and Initial Plaintiffs' Group's Motion to Appoint Co-Lead Counsel (Dkt. # 57). The Court has considered the materials filed in support of and in opposition to the motions, the rest of the file, and the governing law. Being fully advised, the Court ORDERS as follows:

1. Based on the reasons they have presented, the Court GRANTS plaintiffs Rosa Marquez's, Aleta Thompson's, and Brian Johnson's selection of leadership counsel and their motion (Dkt. # 54). The Court DENIES the other motion (Dkt. # 57).

2. The law firms of Robbins LLP and Glancy Prongay Wolke & Rotter LLP are hereby appointed Co-Lead Counsel for plaintiffs in the above-captioned derivative action.

3. The law firm of Corr Cronin LLP is hereby appointed Liaison Counsel for plaintiffs in the above-captioned derivative action.

4. Co-Lead Counsel and Liaison Counsel for plaintiffs shall have the authority to speak for plaintiffs in the above captioned derivative action in all matters regarding pretrial proceedings, trial, and appeal, as well as in any potential settlement negotiations.

5. Co-Lead Counsel and Liaison Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through Co-Lead Counsel or Liaison Counsel.

6. Co-Lead Counsel and Liaison Counsel shall be available and responsible for communications to and from this Court on behalf of plaintiffs, including distributing orders and other directions from the Court to counsel, and shall be responsible for communications with defendants on matters of administration and scheduling. Co-Lead Counsel and Liaison Counsel shall further be responsible for creating and maintaining a master service list of all parties and their respective counsel.

7. Defendants may rely upon all agreements made with Co-Lead Counsel and Liaison Counsel, or other duly authorized representatives of Co-Lead Counsel and Liaison Counsel, and such agreements shall be binding on all plaintiffs.

8. Within fourteen (14) days of entry of this Order, Co-Lead Counsel and counsel for the defendants shall meet and confer and submit a proposed schedule to the Court.

**IT IS SO ORDERED.**

DATED: October 21, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE