UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE STARBUCKS CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 2:24-cv-01720-JHC<br><br>**STIPULATION AND ORDER TO STAY DERIVATIVE CASE**<br><br>NOTE ON MOTION CALENDAR: November 4, 2026 |

Plaintiffs Rosa Marquez, Aleta Thompson, and Brian Johnson ("Plaintiffs"), Defendants Laxman Narasimhan, Rachel Ruggeri, Richard E. Allison, Jr., Andrew Campion, Beth Ford, Mellody Hobson, Jorgen Vig Knudstorp, Neal Mohan, Satya Nadella, Daniel Servitje, Mike Sievert, and Wei Zhang (the "Individual Defendants") and Nominal Defendant Starbucks Corporation ("Starbucks" and with the Individual Defendants, "Defendants" and Defendants with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation.

WHEREAS, on October 21, 2024, and December 2, 2024, respectively, Plaintiffs Katherine King and Portia McCollum filed shareholder derivative actions purportedly on behalf of Nominal Defendant Starbucks against the Individual Defendants alleging, *inter alia*, violations of federal securities laws and breaches of fiduciary duty;

WHEREAS, on January 3, 2025, the Court consolidated the two derivative actions into *In re Starbucks Corporation Stockholder Derivative Litigation* ("Consolidated Derivative Action"), Dkt. 14;

WHEREAS, a related securities fraud class action is also pending in the United States District Court for the Western District of Washington captioned *Garbaccio v. Starbucks Corp.*, *et al.*, No. 2:24-cv-01362-JHC (W.D. Wash.), which purports to allege violations of federal securities laws against Starbucks and certain of the Individual Defendants (the "Securities Class Action");

WHEREAS, on March 5, 2025, the Court stayed the Consolidated Derivative Action pending resolution of the motion to dismiss in the Securities Class Action, Dkt. 17;

WHEREAS, on January 16, 2026, Plaintiffs Ashley Ross and Rosa Marquez moved to vacate the leadership order and enter a scheduling order for leadership briefing, Dkt. 23;

WHEREAS, on October 21, 2026, the Court appointed Rosa Marquez, Aleta Thompson, and Brian Johnson lead plaintiffs, Dkt. 69;

WHEREAS, on August 6, 2026, the Court entered a schedule in the Securities Class Action whereby the Securities Class Action plaintiffs were to file a motion for leave to file a Second

Amended Complaint by September 4, 2026; the Securities Class Action defendants were to file their opposition by October 6, 2026; and the Securities Class Action plaintiffs were to file their reply by October 26, 2026; and the court further ordered that the Securities Class Action defendants' deadline to answer or otherwise respond to the operative complaint would be held in abeyance pending the court's resolution of the motion for leave to file a Second Amended Complaint (Securities Class Action, Dkt. 103);

WHEREAS, the court in the Securities Class Action further ordered that, within ten days of entry of the court's order resolving the Securities Class Action plaintiffs' motion for leave to file a Second Amended Complaint, the parties in the Securities Class Action were to meet and confer and file a proposed schedule regarding the Securities Class Action defendants' time to answer or otherwise respond to the operative complaint (Securities Class Action, Dkt. 103);

WHEREAS, on October 27, 2026, the Court granted the Securities Class Action plaintiffs' motion for leave to amend;

WHEREAS, the Securities Class Action plaintiffs filed their Second Amended Complaint on October 28, 2026;

WHEREAS, the Securities Class Action defendants intend to file a motion to dismiss the Second Amended Complaint in the Securities Class Action;

WHEREAS, the Parties agree that the resolution of the anticipated motion(s) to dismiss in the Securities Class Action may help inform the Parties and Court on the manner in which the Consolidated Derivative Action should proceed;

WHEREAS, in the interest of judicial economy, conservation of resources, and the efficient resolution of both actions, the Parties agree that the Consolidated Derivative Action should be temporarily stayed in its entirety through the final resolution of any and all motion(s) to dismiss the Second Amended Complaint in the Securities Class Action, including any appeals;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

1. The Consolidated Derivative Action is stayed in its entirety through the final resolution of any and all motion(s) to dismiss the Second Amended Complaint in the Securities Class Action, including any appeals, and Defendants have no obligation to answer or otherwise respond to the complaint in the Consolidated Derivative Action at this time.
2. Once this stipulated stay of proceedings is lifted, the Parties shall meet and confer, including regarding whether a further stay is warranted, and within fourteen (14) days after the stay is lifted, shall submit a proposed schedule for the Consolidated Derivative Action or a further stipulation regarding a stay to the Court for approval.
3. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants preserve all rights, objections, arguments, and defenses, including but not limited to any defenses under the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, as well as any and all other procedural or substantive challenges to the Consolidated Derivative Action or any other complaint.

**IT IS SO STIPULATED.**

DATED: November 4, 2026

**K&L GATES LLP**

/s/ Tyler K. Lichter
Kari L. Vander Stoep, WSBA # 35923
Tyler K. Lichter, WSBA # 51090
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: kari.vanderstoep@klgates.com
tyler.lichter@klgates.com

**LATHAM & WATKINS LLP**

ANDREW B. CLUBOK (*pro hac vice*)
SUSAN E. ENGEL (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202/637-3309
202/637-2201 (fax)
andrew.clubok@lw.com
susan.engel@lw.com

MICHELE D. JOHNSON (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714/540-1235
755/540-8290 (fax)
michele.johnson@lw.com

WHITNEY B. WEBER (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415/391-0600
415/395-8095 (fax)
whitney.weber@lw.com

*Attorneys for Defendants*

DATED: November 4, 2026

**CORR CRONIN LLP**

*/s/ Colin M. George*
Colin M. George, WSBA No. 45131
1015 Second Avenue, Floor 10
Seattle, WA 98104
Telephone: (206) 501-3544
E-mail: cgeorge@corrcronin.com

**GLANCY PRONGAY**
**WOLKE & ROTTER LLP**
Benjamin I. Sachs-Michaels (pro hac vice)
745 Fifth Avenue, Fifth Floor
New York, New York 10151
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com
-and-
Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com
prajesh@glancylaw.com

**ROBBINS LLP**
Shane P. Sanders (pro hac vice)
Brian J. Robbins
Craig W. Smith
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone (619) 525-3990
Facsimile (619) 525-3991
E-mail: brobbins@robbinsllp.com
csmith@robbinsllp.com
ssanders@robbinsllp.com

*Attorneys for Plaintiffs*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: November 4, 2026.

John H. Chun
United States District Judge